**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Global Decor, Inc., et al.
                          Plaintiff,

v.                                          Case No.: 1:11−cv−04665
                                             Honorable Rebecca R. Pallmeyer

The Cincinnati Insurance Company
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 13, 2011:

      MINUTE entry before Honorable Rebecca R. Pallmeyer: Status hearing set for 8/3/2011 at 09:00 AM, courtroom 1025. Mailed notice(etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.